UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTRYWIDE BANK et al,<br><br>    Defendant. | Case Number: C07-05903 JSW<br>Related Case Number C07-5906  JSW<br>Related Case Number C07-5931  JSW<br>Related Case Number C07-5932  JSW<br>Related Case Number C07-6349  JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cesar Anchante-Martinetti
6787 Hillsview Drive
Vacaville, CA 95688

Luz-Maria Urzua
6787 Hillsview Drive
Vacaville, CA 95688

Luz-Maria Urzua
2041 Legends Court
Merced, CA   95340

Luz-Maria Urzua
3801 North Lake Road
Merced, CA   95340

Cesar Anchante-Martinetti
3801 North Lake Road
Merced, CA 95340

Luz-Maria Urzua
3785 North Lake Road
Merced, CA 95340

Cesar Anchante-Martinetti
3785 North Lake Road
Merced, CA 95340

Dated: January 31, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk