# United States District Court
NORTHERN DISTRICT OF CALIFORNIA



Luz Maria Urzua
Cesar Anchante-Martinetti

**SUMMONS IN A CIVIL CASE**
CASE NUMBER: C 07-05903 (JCS)

V.

COUNTRYWIDE HOME LOANS
Mr. Angelo Mozilo, Chairman/CEO

TO: (Name and address of defendant)

COUNTRYWIDE HOME LOANS
Mr. Angelo Mozilo, Chairman/CEO
P O Box 10219
Van Nuys, CA 91410 -0219

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Luz-Maria Urzua
Cesar Anchante-Martinetti
6787 Hillsview Dr.
Vacaville, CA 95688

an answer to the complaint which is herewith served upon you, within ~~28~~ 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE ~~December 20, 2007~~ 1/28/08

GINA AGUSTINE-RIVAS
_____
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>December 20, 2007 |
| Name of SERVER<br>Barbara G. Dominguez | TITLE<br>Notary |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Mail No. 7007 1490 0000 8781 2518

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 20, 2007
                      Date

Signature of Server: *Barbara H. Dominguez*

100 Merchant Street. Suite C
Vacaville, CA 95688
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# CERTIFICATE OF SERVICE

On this 20¼ day of December, 2007 I served the following by a Certified Mail Number 7007 1490 0000 8781 2518 Return Receipt requested.

    1. SUMMONS IN A CIVIL CASE, Case No. C 07-05903 JCS
    2. Copy of PETITION FOR LIBEL OF REVIEW OF AN ADMINISTRATIVE JUDGMENT, mailed to:

COUNTRYWIDE HOME LOANS
Mr. Angelo Mozilo, Chairman/CEO
P O Box 10219
Van Nuys, CA 91410-0219

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true, correct, complete and not misleading.

Executed on this 20¼ day of December, 2007

*Barbara H. Dominguez*
Barbara G. Dominguez, Notary Acceptor