1  Sanford Shatz        State Bar No. 127229
2  Sandy_Shatz@Countrywide.com
   5220 Las Virgenes Road, MS: AC-11
3  Calabasas, California 91302
   Telephone: (818) 871-6062
4  Fax: (818) 871-4669
5
   Attorneys for Defendants Countrywide Bank, FSB, and
6  Angelo Mozilo [sued erroneously as "Angelo Mancello"]
7

8                  UNITED STATES DISTRICT COURT
9                 NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  LUZ-MARIA URZUA, CESAR ANCHANTE-MARTINELLI | Case No.: C 07-05903 JSW |
| 12  Sramineus Homo, US Vessel | Hon. Jeffrey S. White |
| 13 | Courtroom: 2 |
| 14  Libellant, | Related Case No. C 07-5906 JSW |
| 15  V. | Related Case No. C 07-5932 JSW |
| | Related Case No. C 07-5931 JSW |
| 16  COUNTRYWIDE BANK, ANGELO MANCELLO, PRESIDENT, US Vessel | Related Case No. C 07-6349 JSW |
| 17  DOES, ROES, and MOES 1-100 et al, | File Date: November 21, 2007 |
| 18  US Vessel sand | Trial Date: Not Assigned |
| 19  Libellees, | |
| 20  Luz-Maria: Urzua, Cesar: Anchante-Martinetti Lien Holder of the Vessel, the Real Party In | NOTICE OF INTERESTED PARTIES BY DEFENDANTS COUNTRYWIDE BANK, |
| 21  Interest, Lawful Woman, Man Injured Third | FSB AND ANGELO MOZILO |
| 22  Party Intervener/Petitioner/Libellant, | |
| 23  V. | |
| 24  COUNTRYWIDE BANK, ANGELO | |
| 25  MANCELLO, PRESIDENT, U.S. Vessel DOES, ROES, and MOES 1-100 et al | |
| 26       US VESSELS | |
| 27  INDIVIDUALLY AND SEVERALLY Third Party Defendants/Libellees | |
| 28 | |

1  The undersigned, counsel for defendants Countrywide Bank, FSB, and Angelo Mozilo, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or recusal.

    1.    Luz-Maria Urzua – Plaintiff

    2.    Cesar Anchante-Martinetti – Plaintiff

    3.    Countrywide Bank, FSB, is a federal savings bank and a member of the Federal Deposit Insurance Corporation, and indirectly a wholly owned subsidiary of Countrywide Financial Corporation – Defendant

    4.    Angelo Mozilo is Chairman and Chief Executive Officer of Countrywide Financial Corporation, a Delaware corporation, which is publicly traded on the New York stock exchange – Defendant

DATED: February 21, 2008    By: _____
    SANFORD SHATZ
    Attorneys for Defendants
    Countrywide Bank, FSB and Angelo Mozilo
    [sued erroneously as "Angelo Mancello"]

## PROOF OF SERVICE

I am over the age of 18 years and not a party to the within action. I am employed by Countrywide Home Loans, Inc. My business address is 5220 Las Virgenes Road, MS: AC-11, Calabasas, California 91302.

On February 22, 2008, I served NOTICE OF INTERESTED PARTIES BY DEFENDANTS COUNTRYWIDE BANK, FSB AND ANGELO MOZILO on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of Mailing:    February 22, 2008
Place of Mailing:   Calabasas, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 22, 2008, at Calabasas, California.

_____
Desiree Rais

## SERVICE LIST

| | |
|---|---|
| Luz-Maria Urzua<br>6787 Hillsview Drive<br>Vacaville, California 95688 | Cesar Anchante-Martinetti<br>6787 Hillsview Drive<br>Vacaville, California 95688 |
| Luz-Maria Urzua<br>3785 North Lake Road<br>Merced, California 95340 | Cesar Anchante-Martinetti<br>3785 North Lake Road<br>Merced, California 95340 |
| Luz-Maria Urzua<br>97 Dobbins Street, Suite B<br>Vacaville, California 95688 | Cesar Anchante-Martinetti<br>97 Dobbins Street, Suite C<br>Vacaville, California 95688 |
| Luz-Maria Urzua<br>324 Stevenson Street<br>Vacaville, California 95688 | Cesar Anchante-Martinetti<br>324 Stevenson Street<br>Vacaville, California 95688 |
| Luz-Maria Urzua<br>965 Alamo Drive, Suite 178<br>Vacaville, California 95687 | Cesar Anchante-Martinetti<br>965 Alamo Drive, Suite 178<br>Vacaville, California 95687 |
| Luz-Maria Urzua<br>419 Mason Street, Suite 208<br>Vacaville, California 95688 | Cesar Anchante-Martinetti<br>419 Mason Street, Suite 208<br>Vacaville, California 95688 |
| Luz-Maria Urzua<br>3801 North Lake Rd.<br>Merced, CA 95340 | Cesar Anchante-Martinetti<br>3801 North Lake Rd.<br>Merced, CA 95340 |

Luz Maria Urzua
2041 Legends Court
Merced, CA 95340

John J. Kralik, IV
Kralik & Jacobs
650 North Sierra Madre Villa Ave.
Suite 302
Pasadena, CA 91107

Jack R. Nelson
Keith David Yandell
Reed Smith LLP
1999 Harison Street, Suite 2400
Oakland, CA 94612