1    Sanford Shatz        State Bar No. 127229
2    Sandy_Shatz@Countrywide.com
     5220 Las Virgenes Road, MS: AC-11
3    Calabasas, California 91302
     Telephone: (818) 871-6062
4    Fax: (818) 871-4669
5
     Attorneys for Defendants Countrywide Bank, FSB and Angelo Mozilo
6    [sued erroneously as "Angelo Mancello"]
7
8                      UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10
11   LUZ-MARIA URZUA, CESAR            )  Case No.: C 07-05903 JSW
     ANCHANTE-MARTINELLI               )
12   Sramineus Homo, US Vessel         )  Hon. Jeffrey S. White
                                       )  Courtroom: 2
13                                     )
             Libellant,                )
14                                     )  Related Case No. C 07-5906 JSW
         v.                            )  Related Case No. C 07-5932 JSW
15                                     )  Related Case No. C 07-5931 JSW
                                       )  Related Case No. C 07-6349 JSW
16   COUNTRYWIDE BANK, ANGELO          )
     MANCELLO, PRESIDENT, US Vessel    )
17   DOES, ROES, and MOES 1-100 et al, )  File Date:     November 21, 2007
     US Vessel sand                    )  Trial Date:    Not Assigned
18                                     )
19           Libellees,                )  NOTICE OF JOINDER AND JOINDER BY
     _____ )  DEFENDANTS COUNTRYWIDE HOME
20   Luz-Maria: Urzua, Cesar: Anchante-Martinetti )  LOANS, INC. AND ANGELO MOZILO TO
21   Lien Holder of the Vessel, the Real Party In  )  THE MOTION BY DEFENDANTS
     Interest, Lawful Woman, Man Injured Third    )  COUNTRYWIDE BANK, FSB, AND
22   Party Intervener/Petitioner/Libellant,       )  ANGELO MOZILO TO DISMISS THE
                                       )  COMPLAINT OF PLAINTIFFS LUZ-MARIA
23         v.                          )  URZUA AND CESAR ANCHANTE-
                                       )  MARTINETTI [FRCP 8 AND 12(b)(6)]; OR,
24   COUNTRYWIDE BANK, ANGELO          )  IN THE ALTERNATIVE, FOR A MORE
25   MANCELLO, PRESIDENT, U.S. Vessel  )  DEFINITE STATEMENT [FRCP 12(e)]
     DOES, ROES, and MOES 1-100 et al  )
26         US VESSELS                  )  Date:          April 4, 2008
27   INDIVIDUALLY AND SEVERALLY        )  Time:          9:00 a.m.
     Third Party Defendants/Libellees  )  Courtroom:     2
28   _____ )

1    TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2    PLEASE TAKE NOTICE that Defendants Countrywide Home Loans, Inc. and Angelo

3   Mozilo (collectively "Countrywide") hereby join in the motion by Defendants Countrywide

4   Bank, FSB, and Angelo Mozilo to dismiss the complaint ("complaint") of Plaintiffs Luz-Maria

5   Urzua and Cesar Anchante-Martinelli for the following reasons:  (1) the complaint does not

6   contain a short and plain statement of the claim showing that Plaintiffs are entitled to relief; and

7   (2) the complaint fails to state a claim upon which relief can be granted.

8    This joinder is made pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on

9   the grounds that the complaint and each purported claim for relief therein fail to allege facts

10   sufficient to constitute any viable claim for relief as against Defendants Countrywide.  Moreover,

11   the arguments made by Defendants Countrywide Bank, FSB, and Angelo Mozilo in their

12   separately-filed motion to dismiss are equally applicable with respect to these Countrywide

13   defendants.

14    This joinder is based upon this notice of joinder and joinder, the attached memorandum

15   of points and authorities, the notice of motion and motion to dismiss the complaint of Plaintiffs

16   Luz-Maria Urzua and Cesar Anchante-Martinelli filed by Defendants Countrywide Bank, FSB,

17   and Angelo Mozilo, and the pleadings, exhibits, memoranda, and other documents on file herein.

18

19   DATED:  February 21, 2008          By: _____
20                                            SANFORD SHATZ
                                             Attorneys for Defendants
21                                           Countrywide Bank, FSB and Angelo Mozilo
                                             [sued erroneously as "Angelo Mancello"]
22

23

24

25

26

27

28

1

<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

2  I.   <u>DEFENDANTS COUNTRYWIDE HOME LOANS, INC. AND ANGELO MOZILO</u>

3       <u>JOIN IN THE MOTION OF DEFENDANTS COUNTRYWIDE BANK, FSB, AND</u>

4       <u>ANGELO MOZILO TO DISMISS THE COMPLAINT PURSUANT TO FRCP 8 AND</u>

5       <u>12(b)(6) OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT</u>

6       <u>[FRCP 12(e)].</u>

7            When issues common to multiple defendants are raised and argued in one defendant's

8  motion, the court should decide the common issue in favor of all of the affected defendants

9  without requiring that each defendant file separate motions to re-raise and to re-argue those same

10 legal issues.  <u>Dearth v. Great Republic Life Insurance Company</u>, 9 Cal. App. 4th 1256, 1282, 12

11 Cal. Rptr. 2d 78, 93 (1992).  Doing so promotes judicial economy and conserves judicial

12 resources.

13           Here, the legal issues and arguments presented by Defendants Countrywide Bank, FSB,

14 and Angelo Mozilo (collectively "Countrywide") in support of their separately-filed motion to

15 dismiss the complaint of Plaintiffs Luz-Maria Urzua and Cesar Anchante-Martinelli pursuant to

16 FRCP 8 (failure to set forth a short and plain statement of the claim showing that Plaintiffs are

17 entitled to relief) and failure to state a claim upon which relief can be granted are equally

18 applicable with respect to Defendants Countrywide Home Loans, Inc. and Angelo Mozilo and

19 should therefore be resolved in a single law and motion proceeding.

20           The complaint purports to assert claims against two (or, perhaps three) separate

21 defendants, yet the complaint combines all of the defendants together as a single entity, without

22 stating a claim against each.  Undeniably, there are no facts alleged about Countrywide; there are

23 no facts alleged about Countrywide relating to any specific claim; no specific claim against

24 Countrywide is identified; Plaintiffs Luz-Maria Urzua and Cesar Anchante-Martinelli allege no

25 wrongful conduct by Countrywide; and Plaintiffs Luz-Maria Urzua and Cesar Anchante-

26 Martinelli's purported claims do not exist.

27 / / /

28

1  II.    <u>CONCLUSION.</u>

2          For these reasons, and for the reasons stated in the separately-filed motion by Defendants

3  Countrywide Bank, FSB, and Angelo Mozilo, Defendants Countrywide Home Loans, Inc. and

4  Angelo Mozilo respectfully request that the court dismiss the complaint of Plaintiffs Luz-Maria

5  Urzua and Cesar Anchante-Martinelli for (1) failing to set forth a short and plain statement of the

6  claim showing that Plaintiffs are entitled to relief (FRCP 8); and (2) failing to state a claim upon

7  which relief can be granted (FRCP 12(b)(6)) or, in the alternative, for a more definite statement

8  pursuant to FRCP 12(e).

9  DATED:  February 21, 2008          By: _____

10                                         SANFORD SHATZ

11                                         Attorneys for Defendants
                                           Countrywide Bank, FSB and Angelo Mozilo
12                                         [sued erroneously as "Angelo Mancello"]

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

s:\ss\lc\Urzua-LM\joinder-cb                    – 4 –

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to the within action.  I am employed by Countrywide Home Loans, Inc.  My business address is 5220 Las Virgenes Road, MS: AC-11, Calabasas, California 91302.

On February 22, 2008, I served NOTICE OF JOINDER AND JOINDER BY DEFENDANTS COUNTRYWIDE HOME LOANS, INC. AND ANGELO MOZILO TO THE MOTION BY DEFENDANTS COUNTRYWIDE BANK, FSB, AND ANGELO MOZILO TO DISMISS THE COMPLAINT OF PLAINTIFFS LUZ-MARIA URZUA AND CESAR ANCHANTE-MARTINETTI [FRCP 8 AND 12(b)(6)]; OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT [FRCP 12(e)] on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.  I am readily familiar with the practice of this office for collection and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of Mailing:         February 22, 2008

Place of Mailing:         Calabasas, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 22, 2008, at Calabasas, California.

_____

Desiree Rais

NOTICE OF JOINDER

1

**SERVICE LIST**

2

3
Luz-Maria Urzua                        Cesar Anchante-Martinetti
6787 Hillsview Drive                   6787 Hillsview Drive
Vacaville, California 95688            Vacaville, California 95688

4

5
Luz-Maria Urzua                        Cesar Anchante-Martinetti
3785 North Lake Road                   3785 North Lake Road
6
Merced, California 95340               Merced, California 95340

7
Luz-Maria Urzua                        Cesar Anchante-Martinetti
97 Dobbins Street, Suite B             97 Dobbins Street, Suite C
8
Vacaville, California 95688            Vacaville, California 95688

9
Luz-Maria Urzua                        Cesar Anchante-Martinetti
10
324 Stevenson Street                   324 Stevenson Street
Vacaville, California 95688            Vacaville, California 95688
11

12
Luz-Maria Urzua                        Cesar Anchante-Martinetti
965 Alamo Drive, Suite 178             965 Alamo Drive, Suite 178
13
Vacaville, California 95687            Vacaville, California 95687

14
Luz-Maria Urzua                        Cesar Anchante-Martinetti
15
419 Mason Street, Suite 208            419 Mason Street, Suite 208
Vacaville, California 95688            Vacaville, California 95688
16

17
Luz-Maria Urzua                        Cesar Anchante-Martinetti
3801 North Lake Rd.                    3801 North Lake Rd.
18
Merced, CA  95340                      Merced, CA  95340

19
Luz Maria Urzua
20
2041 Legends Court
Merced, CA  95340
21

22
John J. Kralik, IV
Kralik & Jacobs
23
650 North Sierra Madre Villa Ave.
Suite 302
24
Pasadena, CA  91107

25
Jack R. Nelson
26
Keith David Yandell
Reed Smith LLP
27
1999 Harison Street, Suite 2400
28
Oakland, CA  94612