| | |
|---|---|
| 1 | Sanford Shatz        State Bar No. 127229 |
| 2 | Sandy_Shatz@Countrywide.com |
|   | 5220 Las Virgenes Road, MS: AC-11 |
| 3 | Calabasas, California 91302 |
|   | Telephone: (818) 871-6062 |
| 4 | Fax: (818) 871-4669 |

Attorneys for Defendants Countrywide Bank, FSB
and Angelo Mozilo [sued erroneously as "Angelo Mancello"]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA, CESAR ANCHANTE-MARTINELLI Sramineus Homo, US Vessel | Case No.: C 07-05903 JSW |
|  | Hon. Jeffrey S. White |
|  | Courtroom: 2 |
| Libellant, |  |
|  | Related Case No. C 07-5906 JSW |
| V. | Related Case No. C 07-5932 JSW |
|  | Related Case No. C 07-5931 JSW |
| COUNTRYWIDE BANK, ANGELO MANCELLO, PRESIDENT, US Vessel DOES, ROES, and MOES 1-100 et al, US Vessel sand | Related Case No. C 07-6349 JSW |
|  | File Date: November 21, 2007 |
|  | Trial Date: Not Assigned |
| Libellees, |  |
| Luz-Maria: Urzua, Cesar: Anchante-Martinetti Lien Holder of the Vessel, the Real Party In Interest, Lawful Woman, Man Injured Third Party Intervener/Petitioner/Libellant, | CORPORATE DISCLOSURE STATEMENT BY DEFENDANTS COUNTRYWIDE BANK, FSB AND ANGELO MOZILO |
| V. |  |
| COUNTRYWIDE BANK, ANGELO MANCELLO, PRESIDENT, U.S. Vessel DOES, ROES, and MOES 1-100 et al US VESSELS INDIVIDUALLY AND SEVERALLY Third Party Defendants/Libellees |  |

...

1  The undersigned, attorney of record for defendants, certifies the following:

2  1. Countrywide Bank, FSB, is a federal savings bank and a member of the Federal Deposit Insurance Corporation.

3  2. Angelo Mozilo is Chairman and Chief Executive Officer of Countrywide Financial Corporation, a Delaware corporation, which is publicly traded on the New York Stock Exchange.

DATED: February 21, 2008        By: _____
                                SANFORD SHATZ
                                Attorneys for Defendants
                                Countrywide Bank, FSB and Angelo Mozilo
                                [sued erroneously as "Angelo Mancello"]

## PROOF OF SERVICE

I am over the age of 18 years and not a party to the within action. I am employed by Countrywide Home Loans, Inc. My business address is 5220 Las Virgenes Road, MS: AC-11, Calabasas, California 91302.

On February 22, 2008, I served CORPORATE DISCLOSURE STATEMENT BY DEFENDANTS COUNTRYWIDE BANK, FSB AND ANGELO MOZILO on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of Mailing:      February 22, 2008

Place of Mailing:     Calabasas, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 22, 2008, at Calabasas, California.

_____
Desiree Rais

## SERVICE LIST

| | |
|---|---|
| Luz-Maria Urzua<br>6787 Hillsview Drive<br>Vacaville, California 95688 | Cesar Anchante-Martinetti<br>6787 Hillsview Drive<br>Vacaville, California 95688 |
| Luz-Maria Urzua<br>3785 North Lake Road<br>Merced, California 95340 | Cesar Anchante-Martinetti<br>3785 North Lake Road<br>Merced, California 95340 |
| Luz-Maria Urzua<br>97 Dobbins Street, Suite B<br>Vacaville, California 95688 | Cesar Anchante-Martinetti<br>97 Dobbins Street, Suite C<br>Vacaville, California 95688 |
| Luz-Maria Urzua<br>324 Stevenson Street<br>Vacaville, California 95688 | Cesar Anchante-Martinetti<br>324 Stevenson Street<br>Vacaville, California 95688 |
| Luz-Maria Urzua<br>965 Alamo Drive, Suite 178<br>Vacaville, California 95687 | Cesar Anchante-Martinetti<br>965 Alamo Drive, Suite 178<br>Vacaville, California 95687 |
| Luz-Maria Urzua<br>419 Mason Street, Suite 208<br>Vacaville, California 95688 | Cesar Anchante-Martinetti<br>419 Mason Street, Suite 208<br>Vacaville, California 95688 |
| Luz-Maria Urzua<br>3801 North Lake Rd.<br>Merced, CA 95340 | Cesar Anchante-Martinetti<br>3801 North Lake Rd.<br>Merced, CA 95340 |

Luz Maria Urzua
2041 Legends Court
Merced, CA 95340

John J. Kralik, IV
Kralik & Jacobs
650 North Sierra Madre Villa Ave.
Suite 302
Pasadena, CA 91107

Jack R. Nelson
Keith David Yandell
Reed Smith LLP
1999 Harison Street, Suite 2400
Oakland, CA 94612