Sanford Shatz        State Bar No. 127229
Sandy_Shatz@Countrywide.com
5220 Las Virgenes Road, MS: AC-11
Calabasas, California 91302
Telephone: (818) 871-6062
Fax: (818) 871-4669

Attorneys for Defendants Countrywide Bank, FSB and Angelo Mozilo
[sued erroneously as "Angelo Mancello"]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA, CESAR ANCHANTE-MARTINELLI Sramineus Homo, US Vessel<br><br>Libellant,<br><br>V.<br><br>COUNTRYWIDE BANK, ANGELO MANCELLO, PRESIDENT, US Vessel DOES, ROES, and MOES 1-100 et al, US Vessel sand<br><br>Libellees,<br>_____<br>Luz-Maria: Urzua, Cesar: Anchante-Martinetti Lien Holder of the Vessel, the Real Party In Interest, Lawful Woman, Man Injured Third Party Intervener/Petitioner/Libellant,<br><br>V.<br><br>COUNTRYWIDE BANK, ANGELO MANCELLO, PRESIDENT, U.S. Vessel DOES, ROES, and MOES 1-100 et al US VESSELS INDIVIDUALLY AND SEVERALLY Third Party Defendants/Libellees | Case No.: C 07-05903 JSW<br><br>Hon. Jeffrey S. White<br>Courtroom: 2<br><br>Related Case No. C 07-5906 JSW<br>Related Case No. C 07-5932 JSW<br>Related Case No. C 07-5931 JSW<br>Related Case No. C 07-6349 JSW<br><br>File Date:   November 21, 2007<br>Trial Date:  Not Assigned<br><br><br>NOTICE OF NON-RECEIPT OF OPPOSITION TO MOTION TO DISMISS<br><br>Date: April 4, 2008<br>Time: 9:00 a.m.<br>Coutroom: 2 |

1  Defendant Countrywide Bank ("Countrywide") has not received an opposition to its
2  motion to dismiss. The hearing on the motion to dismiss is calendared for April 4, 2008, at 9:00
3  a.m., in Courtroom 2 of the above-entitled court.
4  Plaintiffs Luz-Maria Urzua and Cesar Anchante-Martinetti ("Plaintiffs") were to file and
5  serve their opposition by March 11, 2008. As of the date of this reply, Countrywide has not
6  received any opposition to the motion to dismiss.
7  Due to the failure to timely file and serve an opposition, an inference has been created
8  that the motion to dismiss is meritorious. In light of Plaintiffs' failure to oppose the motion, and
9  for all the reasons set forth in the moving papers, Countrywide hereby requests that its motion to
10  dismiss be granted.

12  DATED: March 13, 2008          By: _____
13                                      SANFORD SHATZ
                                        Attorneys for Defendants
14                                      Countrywide Bank, FSB and Angelo Mozilo
                                        [sued erroneously as "Angelo Mancello"]

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to the within action. I am employed by Countrywide Home Loans, Inc. My business address is 5220 Las Virgenes Road, MS: AC-11, Calabasas, California 91302.

On March 13, 2008, I served NOTICE OF NON RECEIPT OF OPPOSITION TO MOTION TO DISMISS on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of Mailing:     March 13, 2008

Place of Mailing:    Calabasas, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 13, 2008, at Calabasas, California.

_____
Desiree Rais

## SERVICE LIST

| | |
|---|---|
| Luz-Maria Urzua<br>6787 Hillsview Drive<br>Vacaville, California 95688 | Cesar Anchante-Martinetti<br>6787 Hillsview Drive<br>Vacaville, California 95688 |
| Luz-Maria Urzua<br>419 Mason Street, Suite 208<br>Vacaville, California 95688 | Cesar Anchante-Martinetti<br>3785 North Lake Road<br>Merced, California 95340 |
| John J. Kralik, IV<br>Michael B. Wilson<br>Kralik & Jacobs<br>650 North Sierra Madre Villa Ave.<br>Suite 302<br>Pasadena, CA 91107 | Cesar Anchante-Martinetti<br>324 Stevenson Street<br>Vacaville, California 95688<br><br>Cesar Anchante-Martinetti<br>419 Mason Street, Suite 208<br>Vacaville, California 95688 |
| Jack R. Nelson<br>Keith David Yandell<br>Reed Smith LLP<br>1999 Harison Street, Suite 2400<br>Oakland, CA 94612 | Cesar Anchante-Martinetti<br>3801 North Lake Rd.<br>Merced, CA 95340 |

s:\ss\lc\Urzua-LM\mot-dis-non-opp-cb         – 4 –
NOTICE OF NON-RECEIPT OF OPPOSITION TO MOTION TO DISMISS