FILED
08 MAR 12 AM 10:53

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Luz-Maria Urzua and Cesar Anchante-Martinetti | ) Case No. C07-05903 JSW <br> ) <br> ) VERIFIED NOTICE OF DEFAULT |
| C/o 6787 Hillsview Dr, | ) |
| Vacaville, California Zip Code Exempt, | ) |
| Libellants, | ) |
| vs. | ) |
| COUNTRYWIDE BANK, ANGELO MOZILO, CEO et. Al. | ) |
| C/o P.O. BOX 10219 | ) |
| Van Nuys, California [91410] | ) |
| Libellee, | |

VERIFIED NOTICE OF DEFAULT

Now, by special appearance, comes Luz-Maria Urzua and Cesar Anchante-Martinetti the flesh and blood woman and men, Sui Juris and unschooled in law, hereinafter referred to as we, ours, us, me, my, I, or the like, to make the following AFFIDAVIT with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead or delay.

1.) We are of legal age, competent to testify and under no legal disability.

VERIFIED NOTICE OF DEFAULT - 1 OF 4

2.) Libellants have filed an action for declaratory judgment as a result of libellee's breach of agreement.

3.) Libellants have exhausted their administrative remedies in this instant matter.

4.) Libellants seek a default judgment as libellees have failed to rebut the complaint.

5.) Libellees have failed to ask for a more definitive statement and are in agreement with libellants.

## OVERVIEW OF FACTS

6.) On May 29, 2007 Libellees sent a presentment to us demanding payment of a sum certain.

7.) We conditionally accepted that presentment upon COUNTRYWIDE BANK continuing fiduciary duty to deal honestly and answer questions about the underlying obligation.

8.) We then sought to exhaust our administrative remedies.

9.) On November 21, 2007 I filed suit in UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, Case number CV 07 5903 JCS with the administrative procedure attached.

10.) THE RECORD shows that COUNTRYWIDE BANK received a copy of a Summons on December 24, 2007, Deadlines on January 28, 2008, see attached copy Certified Mail No. 7007 1490 0000 8781 2518

11.) The RECORD shows that COUNTRYWIDE BANK has refused and/or failed to appear and defend.

12.) Twenty-eight days have passed since Case C07-05903 JCS was filed.

13.) COUNTRYWIDE BANK remained silent.

14.) COUNTRYWIDE is not an infant or incompetent person.

15.) The RECORD shows that no request for a more definitive statement

1  was executed by COUNTRYWIDE BANK until February 6th or after.

2  16.)    Federal Rules of Civil Procedure provide for default judgment by the clerk for a failure to appear and defend [rule 55(a)].

3  17.)    The Protest evidences COUNTRYWIDE BANK'S agreement, consent and stipulation to our position.

4  18.)    COUNTRYWIDE BANK is in default.

5  19.)    A default judgment by the clerk establishing COUNTRYWIDE BANK default is appropriate.

6  20.)    A sum certain amount of $54,080,264.04 is due and owing libellants by libellee.

7  21.)    COUNTRYWIDE BANK and/or any other interested party has three days from the verified receipt of this VERIFIED NOTICE OF DEFAULT to rebut this AFFIDAVIT item by item and line by line or be forever esstopped by default.

Our yea is our yea and our nay is our nay.

Dated this 12th day March, 2008

*[signature]*
By: authorized representative
Without recourse

*[signature]*
By: authorized representative
Without recourse

VERIFIED NOTICE OF DEFAULT - 3 OF 4

VERIFIED NOTICE OF DEFAULT - 4 OF 4



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 1490 0000 8781 2518**
Status: **Delivered**

Your item was delivered at 11:20 am on December 24, 2007 in VAN NUYS, CA 91410. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do          3/11/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA, CESAR ANCHANTE-MARTINETTI <br><br> C/o 6787 Hillsview Dr, <br><br> Vacaville, California Zip Code Exempt, <br><br>      Libellants, <br><br>   vs. <br><br> COUNTRYWIDE BANK, ANGELO MOZILO, CEO et. Al. <br><br> C/o P.O. Box 10219 <br><br> Van Nuys, California [91410] <br><br>      Libellee, | Case No. C07-05903-JSW <br><br> **CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

   Now, by special appearance, comes Luz-Maria Urzua and Cesar Anchante-Martinetti the flesh and blood woman and man, Sui Juris and unschooled in law, hereinafter referred to We, ours, us, as me, my, I, or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead.

NOTICE is hereby given that:

CERTIFICATE OF SERVICE - 1 OF 2

1  11.)   We are of legal age, competent to testify and under no legal disability.

2  12.)   This is to certify that on March 12th, 2008 we placed a true and

3   accurate copy of the enclosed VERIFIED NOTICE OF DEFAULT in the U. S.

4   mail with postage prepaid and addressed as follows:

5  COUNTRYWIDE BANK/ ANGELO MOZILO, CEO

6  C/o P.O. Box 10219

7  Van Nuys, California [91410]

8   With certified mail number 7007 3020 0002 8856 8855

Dated this 12th day of March, 2008

*[signature]*
By: authorized representative
Without recourse

*[signature]*
By: authorized representative
Without recourse

CERTIFICATE OF SERVICE - 2 OF 2