```
                    UNITED STATES DISTRICT COURT           FILED

                    NORTHERN DISTRICT OF CALIFORNIA        MAR 21 2008

                                                           RICHARD W. WIEKING
                                                        CLERK, U.S. DISTRICT COURT
                                                       NORTHERN DISTRICT OF CALIFORNIA
```

|  |  |
|---|---|
| LUZ MARIA URZUA, CESAR ANCHANTE-MARTINETTI,<br><br>C/o 6787 Hillsview Dr,<br><br>Vacaville, California Zip Code Exempt,<br><br>    Libellant,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, SANFORD SHATZ et. Al.<br><br>C/o 5220 Las Virgenes Road, MS: AC-11<br><br>Calabasas, California [91302]<br><br>    Libellee, | Case No. 07-CV-05903-JSW<br><br>**NOTICE OF ACCEPTANCE OF OATHS OF OFFICE AND BONDS** |

Notice to the agent is notice to the principal, notice to the principal is notice to the agent.

Re: **NOTICE OF ACCEPTANCE OF OATHS OF OFFICE AND BONDS**


    Now, by special appearance, comes Luz Maria Urzua and Cesar: Anchante-Martinetti, the flesh and blood woman and man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, us or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud,

**NOTICE OF ACCEPTANCE OF OATHS OF OFFICE AND BONDS**          1 of 2

1  furthermore, the following first hand asseverations are true, complete,
2  certain and not meant to mislead Additionally this presentment is not put
3  forth for purposes of delay nor to request any B.A.R. member attorney
4  esquire, or agents thereof, to make any determinations for us, legal or
5  otherwise, including but not limited to any so called "overturning of a
6  motion". This is not a motion. This is a NOTICE. If you are reading this then
7  the presumption will operate that you have ACTUAL NOTICE of the subject
8  matter herein and by acting contrary to this NOTICE you will be bound by its
9  terms. Fail not under penalty of Law!
10 NOTICE is hereby given that:

    1.)    We are of legal age, competent to testify and under no legal disability.

    2.)    As the creditor and principal, We hereby formally accept the Oaths of Office and Bonds of JEFFREY S. WHITE esquire and SANFORD SHATZ 00127229, esquire forming a contract in the common law.

Dated this 21th day of March, 2008

_[signature]_
By: authorized representative
Without recourse

_[signature]_
By: authorized representative
Without recourse

**NOTICE OF ACCEPTANCE OF OATHS OF OFFICE AND BONDS**    2 of 2