```
1                    UNITED STATES DISTRICT COURT          FILED

2                    NORTHERN DISTRICT OF CALIFORNIA
                                                          MAR 21 2008
3
                                                      RICHARD W. WIEKING
4                                                  CLERK, U.S. DISTRICT COURT
                                              ) Case No.: No. 07-CV-05903-JSW
5  LUZ MARIA URZUA, CESAR ANCHANTE-            )
                                               )
6  MARTINETTI,                                 ) NOTICE OF APPOINTMENT OF CO-FIDUTIARY
                                               )
7   C/o 6787 Hillsview Dr,                     ) TRUSTEES
                                               )
8  Vacaville, California Zip Code              )
                                               )
9  Exempt,                                     )
                                               )
10          Libellant,                         )
                                               )
11     vs.                                     )
                                               )
12 COUNTRYWIDE HOME LOANS et. Al.              )
                                               )
13 C/o 5220 Las Virgenes Road, MS: AC-11       )
                                               )
14 Calabasas, California [91302]               )
                                               )
15          Libellee,
```

16  Notice to the agent is notice to the principal, notice to the principal is
17  notice to the agent.
18  Re: APPOINTMENT OF CO-FIDUCIARY TRUSTEESS
19       Now, by special appearance, comes Luz Maria Urzua and Cesar: Anchante-
20  Martinetti, the flesh and blood woman and man, Sui Juris and unschooled in
21  law, hereinafter referred to as me, my, I, us or the like, to make the
22  following NOTICE with clean hands, full disclosure and no intent to defraud,
23  furthermore, the following first hand asseverations are true, complete,
24  certain and not meant to mislead Additionally this presentment is not put
25  forth for purposes of delay nor to request any B.A.R. member attorney

1 esquire, or agents thereof, to make any determinations for us, legal or
2 otherwise, including but not limited to any so called "overturning of a
3 motion". This is not a motion. This is a NOTICE. If you are reading this then
4 the presumption will operate that you have ACTUAL NOTICE of the subject
5 matter herein and by acting contrary to this NOTICE you <u>will</u> be bound by its
6 terms. Fail not under penalty of Law!
7 NOTICE is hereby given that:

    1.)     We are of legal age, competent to testify and under no legal disability.

    2.)     As the creditor and principal, We hereby formally appoint SANDY SHATZ 00127229 esquire as co-fiduciary trustee for the purpose of using our exemption to settle and close any outstanding debt owed COUNTRYWIDE.

Dated this 21st day of March, 2008

*[signature]*
By: authorized representative
Without recourse

*[signature]*
By: authorized representative
Without recourse

NOTICE OF APPOINTMENT OF CO-FIDUTIARY TRUSTEES     2 of 2