**FILED**

MAR 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ MARIA URZUA, CESAR ANCHANTE-MARTINETTI,<br><br>C/o 6787 Hillsview Dr,<br><br>Vacaville, California Zip Code Exempt,<br><br>          Libellant,<br><br>     vs.<br><br>COUNTRYWIDE HOME LOANS et. Al.<br><br>C/o 5220 Las Virgenes Road, MS: AC-11<br><br>Calabasas, California [91302]<br><br>          Libellee, | Case No.: No. 07-CV-05903-JSW<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

Now, by special appearance, come Luz Maria Urzua and Cesar: Anchante-Martinetti, the flesh and blood woman and man, Sui Juris and unschooled in law, hereinafter referred to as me, my, I, us or the like, to make the following NOTICE with clean hands, full disclosure and no intent to defraud, furthermore, the following first hand asseverations are true, complete, certain and not meant to mislead

NOTICE is hereby given that:

CERTIFICATE OF SERVICE                                             1 of 2

1.)    We are of legal age, competent to testify and under no legal
disability.

2.)    This is to certify that on March 21, 2008 We placed a true and

accurate copy of the enclosed ANSWER TO MOTION AND MOTION TO DISMISS BY

COUNTRYWIDE HOME LOANS, INC AND ANGELO MOZILO, NOTICE OF APPOINTMENT OF

FIDUCIARY TRUSTEE, NOTICE OF APPOINTMENT OF CO-FIDUCIARY TRUSTEE and

NOTICE OF ACCEPTANCE OF OATHS AND BONDS in the U. S. mail with postage

prepaid and addresses as follows:

COUNTRYWIDE

C/o SANFORD SHATZ 00127229, esquire

5220 Las Vírgenes Road

MS AC-11

Calabasas, California [91302]

With certified mail number 7007 3020 0002 8856 8848

Dated this 21st day of March, 2008

By: authorized representative
Without recourse

By: authorized representative
Without recourse

CERTIFICATE OF SERVICE                            2 of 2