Sanford Shatz    State Bar No. 127229
Sandy_Shatz@Countrywide.com
5220 Las Virgenes Road, MS: AC-11
Calabasas, California 91302
Telephone: (818) 871-6062
Fax: (818) 871-4669

Attorneys for Defendants Countrywide Bank, FSB and Angelo Mozilo [sued erroneously as "Angelo Mancello"]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA, CESAR ANCHANTE-MARTINELLI Sramineus Homo, US Vessel<br><br>Libellant,<br><br>V.<br><br>COUNTRYWIDE BANK, ANGELO MANCELLO, PRESIDENT, US Vessel DOES, ROES, and MOES 1-100 et al, US Vessel sand<br><br>Libellees,<br>_____<br>Luz-Maria: Urzua, Cesar: Anchante-Martinetti Lien Holder of the Vessel, the Real Party In Interest, Lawful Woman, Man Injured Third Party Intervener/Petitioner/Libellant,<br><br>V.<br><br>COUNTRYWIDE BANK, ANGELO MANCELLO, PRESIDENT, U.S. Vessel DOES, ROES, and MOES 1-100 et al US VESSELS INDIVIDUALLY AND SEVERALLY Third Party Defendants/Libellees<br>_____ | Case No.: C 07-05903 JSW<br><br>Hon. Jeffrey S. White<br>Courtroom: 2<br><br>Related Case No. C 07-5906 JSW<br>Related Case No. C 07-5932 JSW<br>Related Case No. C 07-5931 JSW<br>Related Case No. C 07-6349 JSW<br><br>File Date:    November 21, 2007<br>Trial Date:    Not Assigned<br><br><br><br>REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS BY COUNTRYWIDE BANK AND ANGELO MOZILO |

## MEMORANDUM OF POINTS AND AUTHORITIES

I. INTRODUCTION.

Defendants Countrywide Bank, FSB and Angelo Mozilo (collectively "Countrywide") moved to dismiss plaintiffs Luz Maria Urzua and Cesar Anchante-Martinetti's (collectively "plaintiffs") complaint on the grounds that it failed to state a claim, was incomprehensible and unintelligible, was uncertain, or in the alternative, a more definite statement was required. Plaintiffs did not timely oppose the motion, implicitly conceding its merits. Subsequently, plaintiffs filed a late opposition, which was received by Countrywide during counsel's absence. Upon his return to the office, counsel immediately reviewed the papers, and prepares this brief reply for the court's consideration.

Plaintiffs' opposition consists of several documents which do not address any of the contentions in Countrywide's motion, point to no allegations in the complaint to show that any portion of the complaint states a claim, and continues to assert additional phraseology that is incomprehensible, or fails to state a claim of any type. Accordingly, Countrywide again respectfully requests that the court grant the motion to dismiss in its entirety, or alternatively, order plaintiffs to provide a more definite statement.

DATED: April ___, 2008         By: _____
                                    SANFORD SHATZ
                                    Attorneys for Defendants
                                    Countrywide Bank, FSB and Angelo Mozilo
                                    [sued erroneously as "Angelo Mancello"]

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to the within action. I am employed by Countrywide Home Loans, Inc. My business address is 5220 Las Virgenes Road, MS: AC-11, Calabasas, California 91302.

On April \_\_, 2008, I served REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS BY COUNTRYWIDE BANK AND ANGELO MOZILO on each person or entity name below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of Mailing:     April \_\_, 2008

Place of Mailing:    Calabasas, California

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April \_\_, 2008, at Calabasas, California.

_____
Desiree Rais

# SERVICE LIST

Luz-Maria Urzua
6787 Hillsview Drive
Vacaville, California 95688

Cesar Anchante-Martinetti
6787 Hillsview Drive
Vacaville, California 95688

Luz-Maria Urzua
419 Mason Street, Suite 208
Vacaville, California 95688

Cesar Anchante-Martinetti
419 Mason Street, Suite 208
Vacaville, California 95688

John J. Kralik, IV
Michael B. Wilson
Kralik & Jacobs
650 North Sierra Madre Villa Ave.
Suite 302
Pasadena, CA 91107

Jack R. Nelson
Keith David Yandell
Reed Smith LLP
1999 Harison Street, Suite 2400
Oakland, CA 94612