# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**              **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: April 4, 2008                  **Court Reporter:** Lydia Zinn

**CASE NO.:**  C-07-5903  JSW (related to C-7-5906, C-7-5931, C-7-5932, C-7-6349)

**TITLE:**  Luz-Maria Urzua, et. al, v.  Countrywide, et al.,

**COUNSEL FOR PLAINTIFF:**              **COUNSEL FOR DEFENDANT:**

Not present                              Sanford Shatz

**PROCEEDINGS:**    1) Motion to Dimiss

                                2) Initial CMC

**RESULTS:**    The Court deems the matter submitted.
A written ruling shall issue.