UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ-MARIA URZUA, | Case Number: CV07-05903 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| COUNTRYWIDE BANK et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cesar Anchante-Martinetti
6787 Hillsview Drive
Vacaville, CA 95688

Luz-Maria Urzua
6787 Hillsview Drive
Vacaville, CA 95688

Dated: April 15, 2008

*MNarcisse*

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk