IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LUZ-MARIA URZUA and CESAR ANCHANTE-MARTINETTI,

    Plaintiffs,

  v.

COUNTRYWIDE BANK and ANGELO MOZILO,

    Defendants.

No. C 07-05903 JSW

**JUDGMENT**

For the reasons set forth in the Court's Order of this date granting Defendants' motion to dismiss, judgment is hereby entered in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: April 14, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE